JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY BAKKILA and KARRIE BAKKILA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CISCO'S SPORTFISHING, INC d/b/a CHANNEL ISLANDS SPORTFISHING CENTER, a California Corporation; ROBERT VALNEY, an individual; JOHN FUQUA, an individual; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 5:17-cv-02438-RSWL-KK<br><br>Honorable: Ronald S.W. Lew, Senior<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

　　Pursuant to the stipulation of the parties, and good cause appearing, the Court hereby orders that the above-caption matter is dismissed in its entirety with prejudice, each side to bear their own fees and costs.

　　The clerk shall close the file.

　　IT IS SO ORDERED.

Dated: 1/25/2019　　　　　　　s/ RONALD S.W. LEW
　　　　　　　　　　　　　　　Ronald S.W. Lew
　　　　　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE